```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DeGroat.,

                     Plaintiffs,

      -against-

Sullivan County, et al.,

                    Defendant.

-------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-02066-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **March 14, 2024 at 11:00 AM**. The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 86329541 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED:    White Plains, New York
             February 7, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge