**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DANIELLE MARIE DEGROAT,

                      Plaintiff,

-against-                                   23 **CIVIL** 2066 (KMK)

## JUDGMENT

SULLIVAN COUNTY, SULLIVAN
COUNTY ADULT CARE CENTER, *and*
SUSAN SOUTHERTON,
                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 25, 2025, the Motion is granted on all claims. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:** New York, New York

      September 26, 2025

                                              **TAMMI M. HELLWIG**
                                                 **Clerk of Court**

                    **BY:**      K. Mango
                                                 **Deputy Clerk**